# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 25-0758V

|  |  |
|---|---|
| AMAL HELEN ZAYED, | Chief Special Master Corcoran |
| Petitioner, | |
| v. | Filed: March 24, 2026 |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | |
| Respondent. | |

*Jeffrey S. Pop, Jeffrey S. Pop & Associates, Beverly Hills, CA, for Petitioner.*

*Camille Jordan Webster, U.S. Department of Justice, Washington, DC, for Respondent.*

## DECISION AWARDING DAMAGES[1]

On May 1, 2025, Amal Helen Zayed filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that she suffered a shoulder injury related to vaccine administration ("SIRVA") resulting from an influenza vaccine received on December 15, 2023. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On February 25, 2026, a ruling on entitlement was issued, finding Petitioner entitled to compensation for SIRVA. On March 23, 2026, Respondent filed a proffer on award of compensation ("Proffer") indicating Petitioner should be awarded $60,000.00, plus funds to satisfy the Illinois Medicaid lien. Proffer at 1-3. In the Proffer, Respondent represented that Petitioner agrees with the proffered award. *Id.* Based on the record as a whole, I find that Petitioner is entitled to an award as stated in the Proffer.

---

[1] Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

Pursuant to the terms stated in the attached Proffer, **I award Petitioner the following:**

A. **A lump sum payment of $60,000.00 (in pain and suffering)**, **to be paid through an ACH deposit to Petitioner's counsel's IOLTA account for prompt disbursement to Petitioner; and**

B. **A lump sum payment of $1,165.79, representing compensation for satisfaction of the Illinois Health Care Service Corporation lien, to be paid through an ACH deposit to Petitioner's counsel's IOLTA account for prompt disbursement to:**

> Katch
> ATTN: Team 4, Negotiations Analyst
> Katch Event Number: 213295419
> P.O. Box 632636
> Cincinnati, OH 45263

These amounts represent compensation for all damages that would be available under Section 15(a).

The Clerk of Court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

**s/Brian H. Corcoran**
Brian H. Corcoran
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

2

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**OFFICE OF SPECIAL MASTERS**

|  |  |
|---|---|
| AMAL ZAYED,<br><br>               Petitioner,<br><br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>               Respondent. | No. 25-758<br>Chief Special Master Brian H. Corcoran<br>ECF |

**RESPONDENT'S PROFFER ON AWARD OF COMPENSATION**

On May 1, 2025, Amal Zayed ("petitioner") filed a petition for compensation ("Petition") under the National Childhood Vaccine Injury Act of 1986, as amended (the "Vaccine Act"), 42 U.S.C. §§ 300aa-1 to -34. Petitioner alleges that she received an influenza ("flu") vaccination on December 15, 2021, and thereafter suffered from a left shoulder injury related to vaccine administration ("SIRVA"). Petition at 1.

On February 24, 2026, the Secretary of Health and Human Services ("respondent") filed a Rule 4(c) Report indicating that this case is appropriate for compensation under the terms of the Act for a SIRVA Table injury, and on the following day, the Chief Special Master issued a Ruling on Entitlement finding petitioner entitled to compensation. ECF No. 23; ECF No. 24.

I.    **Items of Compensation**

A.    Pain and Suffering

Respondent proffers that petitioner should be awarded $60,000.00 in pain and suffering. *See* 42 U.S.C. § 300aa-15(a)(4). Petitioner agrees.

B.    Medicaid Lien

Respondent proffers that petitioner should be awarded funds to satisfy the Illinois Health

Care Service Corporation Medicaid lien in the amount of $1,165.79 which represents full

satisfaction of any right of subrogation, assignment, claim, lien, or cause of action the Illinois

Health Care Service Corporation may have against any individual as a result of any Medicaid

payment the Illinois Health Care Service Corporation has made to or on behalf of petitioner from

the date of his eligibility for benefits through the date of judgment in this case as a result of her

alleged vaccine-related injury suffered on or about December 15, 2021, under Title XIX of the

Social Security Act.

These amounts represent all elements of compensation to which petitioner is entitled

under 42 U.S.C. § 300aa-15(a).  Petitioner agrees.

II.    **Form of the Award**

Petitioner is a competent adult.  Evidence of guardianship is not required in this case.

Respondent recommends that the compensation provided to petitioner should be made through

two lump sum payments as described below and requests that the Chief Special Master's

decision and the Court's judgment award the following[1]:

A.  A lump sum payment of **$60,000.00** to be paid through an ACH deposit to
    petitioner's counsel's IOLTA account for prompt disbursement to petitioner,
    Amal Zayed; and

B.  A lump sum payment of **$1,165.79**, representing compensation for satisfaction of
    the Illinois Health Care Service Corporation lien, to be paid through an ACH
    deposit to petitioner's counsel's IOLTA account for prompt disbursement to:

---

[1] Should petitioner die prior to entry of judgment, the parties reserve the right to move the Court
for appropriate relief.  In particular, respondent would oppose any award for future pain and
suffering.

2

Katch
ATTN: Team 4, Negotiations Analyst
Katch Event Number: 213295419
PO Box 632636
Cincinnati, OH 45263

**III.    Summary of Recommended Payment Following Judgment**

    A.  Lump sum payable to petitioner, Amal Zayed:      **$60,000.00**

    B.  Medicaid lien:      **$1,165.79**

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JONATHAN GUYNN
Assistant Director
Torts Branch, Civil Division

HEATHER L. PEARLMAN
Deputy Director
Torts Branch, Civil Division

LARA A. ENGLUND
Assistant Director
Torts Branch, Civil Division

/s/CAMILLE J. WEBSTER
CAMILLE J. WEBSTER
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 146
Ben Franklin Station Washington, D.C. 20044-0146
Direct dial: (202) 307-3241
Email: Camille.Webster@usdoj.gov

Dated:  March 23, 2026

3

<u>CERTIFICATE OF SERVICE</u>

I certify that today, March 23, 2026, a copy of the foregoing pleading was served by electronic mail to Jeffrey Pop at jpop@poplawyer.com.

*/s/ Camille J. Webster*

4